Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Dewayne Collier
was received by me on *(date)* 10-20-2011.

☐ I personally served the summons on the individual at *(place)* 801 Oak Springs Ct., Antioch, TN 37013-4245
on *(date)* 10-20-2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Dewayne E. Collier , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* 10-20-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
Via United States Mail, Certified No. 70111570000358951425

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10-20-2011

*William D. Hinton* (signature)
Server's signature

William D. Hinton
Printed name and title

Suite A-961, 110 Ninth Avenue South
Nashville, Tennessee 37203-3870
(615) 736-5151
Server's address

Additional information regarding attempted service, etc: