UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 3:11-cv-0999 |
| v. | ) | Judge Aleta A. Trauger |
| | ) | |
| DEWAYNE COLLIER, | ) | |
| | ) | |
| Defendant. | ) | |

## APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

The Defendant in this action, Dewayne Collier, has failed to appear, plead, or otherwise defend as provided in Rules 55(a) and (b)(1) of the Federal Rules of Civil Procedure ("FRCP"). Accordingly, the United States requests that an entry of default judgment be granted against the Defendant, and for the Clerk to grant the entry of default judgment as set forth in the Declaration filed contemporaneously herewith.

The United States submits this request and the accompanying supporting Declaration pursuant to Rules 55(a) and (b)(1) of the FRCP.

                                              Respectfully submitted,

                                              JERRY E. MARTIN
                                              UNITED STATES ATTORNEY

            By:    s/ Michael L. Roden
                    MICHAEL L. RODEN, BPR #010595
                    Assistant United States Attorney
                    110 9th Avenue South, Suite A-961
                    Nashville, Tennessee 37203-3870
                    Telephone: (615) 736-5151
                    Facsimile : (615) 736-5323

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2012, a copy of the foregoing Application for Entry of Default Judgment was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by United States mail, postage prepaid, to the following:

Dewayne Collier
801 Oak Springs Court
Antioch, TN 37013-4245

s/ Michael L. Roden
MICHAEL L. RODEN