UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL NO. 3:11-0999** |
| **v.** | ) | **Judge Aleta A. Trauger** |
| | ) | |
| **DEWAYNE COLLIER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ENTRY OF DEFAULT JUDGMENT**

Plaintiff has filed an "Application for Entry of Default Judgment" against Defendant Dewayne Collier pursuant to Rules 55(a) and 55(b)(1) of the Federal Rules of Civil Procedure ("FRCP"). The Clerk will construe this as an application to enter default pursuant to FRCP 55(a). A default judgment is a two part process and no default judgment may be granted pursuant to FRCP 55(b) until default has been entered pursuant to FRCP 55(a). *Ramada Franchise Systems, Inc. v. Baroda Enterprises, LLC*, 220 F.R.D. 303 (N.D. Ohio 2004). Accordingly, Plaintiff must file a motion for default judgment following this Entry of Default and wait the requisite period for a response from Defendant before default judgment will be granted by the Clerk pursuant to Rule 55(b)(1).

Service has been obtained on Defendant, and more than twenty-one (21) days have passed. No answer or other responsive filing has been made by Defendant and the entry of default is now appropriate.

Accordingly, the entry of default is hereby entered against Defendant Dewayne Collier Plaintiff may now proceed under FRCP 55(b)(1) and file a motion seeking a default judgment against the Defendant.

Entered this 27th day of March, 2012.

KEITH THROCKMORTON, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

By: s/ Keith Throckmorton
Clerk