UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 3:11-0999 |
| v. | ) | JUDGE ALETA A. TRAUGER |
| | ) | |
| DEWAYNE COLLIER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

Plaintiff, United States of America, pursuant to Fed. R. Civ. P. 55(a) and 55(b)(1) of the Federal Rules of Civil Procedure, has moved for a Default Judgment against the Defendant Dewayne Collier in the above-captioned case.

1. On October 19, 2011, the Plaintiff filed this action alleging that the Defendant owes the United States $16,765.20, plus accruing interest. (D.E. 1).

2. On January 18, 2012, the Plaintiff served the Summons and Complaint upon the Defendant at his residence via the United States Marshals Service.

3. Defendant has failed to appear, plead, or otherwise defend this action within the time allowed and, therefore, is now in default.

4. Plaintiff filed a supporting Declaration wherein it states Defendant owes a principal sum of $16,765.20, plus accruing interest. (D.E. 7).

5. Plaintiffs' claim consists of a principal sum of $7,677.14, and interest of $9,088.06. Additional interest has accrued at the rate of $1.69 per day beginning November 8, 2007, the date after which interest was no longer calculated pursuant to the Certificates of Indebtedness. The United States intends to compound interest annually and charge post judgment interest thereafter on

the principal amount at the annual rate of the current post-judgment interest rate from the date of judgment.

6. The Clerk for the United States District Court for the Middle District of Tennessee signed an entry of default on March 27, 2012. (D.E. 8).

7. Defendant is not an infant or incompetent person and is not the in the Military service within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as amended. (D.E. 2).

This Court having considered Plaintiff's Motion for Default Judgment against Defendant Dewayne Collier, and having considered the pleadings submitted in support thereto,

It is therefore ORDERED, ADJUDGED AND DECREED that:

Plaintiff's Motion for Default Judgment is granted, and a default judgment is hereby entered against Defendant Dewayne Collier.

ENTERED this the 1st day of May, 2012.

_s/ Keith Throckmorton__
KEITH THROCKMORTON
United States District Clerk